**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *csanders@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 108838

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA  FULKERSON, <br> Plaintiff, <br> vs. <br><br> ARS NATIONAL SERVICES, INC., <br> Defendant. | Docket No: 3:15-cv-00946-AJB-JLB <br><br> **NOTICE OF SETTLEMENT** |

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action.

Dispositional documents will be filed within sixty (60) calendar days.

DATED: July 20, 2015

**BARSHAY SANDERS, PLLC**

By:/s Craig B. Sanders
Craig B. Sanders, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*csanders@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 108838

1