# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Fulkerson,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>ARS National Services, Inc.,<br><br>　　　　　Defendant. | Case No. 3:15-cv-00946-AJB-JLB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>(Doc. No. 11) |

　　　Pursuant to the parties joint motion, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

　Dated:  August 12, 2015

_____
Hon. Anthony J. Battaglia
United States District Judge